# MEMORANDUM DECISIONS.

ABEL, Respondent, v. BISCHOFF et al., Appellants. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Samuel V. Abel against Henry Bischoff, Jr., and others, as executors. J. A. Straley, for appellants. C. Blandy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 90 N. Y. Supp. 990.

AGNE, Respondent, v. SESSA, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1905.) Action by Mamie Agne against Anthony Sessa. No opinion. Judgment affirmed, with costs.

ALBERTSON, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by Townsend Albertson against the Brooklyn Heights Railroad Company. No opinion. Motion denied.

AMERICAN DE FOREST CO. v. HOLLISTER et al. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by the American De Forest Company against T. Lloyd Hollister and others. No opinion. Appeal dismissed, with $10 costs.

ANDREAE et al., Appellants, v. PELLMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by George C. Andreae and others against Louis Pellman and others. W. S. Newhouse, for appellants. R. Marks, for respondents. No opinion. Order affirmed, with costs.

In re ANDREWS. (Supreme Court, Appellate Division, First Department. October 13, 1905.) In the matter of Emma H. Andrews. No opinion. Motion denied, with $10 costs.

In re ANDREWS. (Supreme Court, Appellate Division, First Department. October 13, 1905.) In the matter of Norman C. Andrews. No opinion. Motion denied, with $10 costs.

ARCHER, Respondent, v. GELM, Sheriff, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1905.) Action by Belle C. Archer against John Gelm, as sheriff, etc.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law only; the facts having been examined and no error found therein. Held, that the piano was delivered to the plaintiff under a written contract, and not under a parol agreement.

ARTHUR v. SIRE. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by Daniel V. Arthur against Henry B. Sire. No opinion. Motion denied, with $10 costs.

ARLINGTON CO., Respondent, v. COLONIAL ASSUR. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 24, 1905.) Action by the Arlington Company against the Colonial Assurance Company. W. B. Ellison, for appellant. G. Richards, for respondent. No opinion. Judgment affirmed, with costs, on the authority of 180 N. Y. 337, 73 N. E. 34.

In re ASTOR et al. (Supreme Court, Appellate Division, First Department. November 17, 1905.) In the matter of William W. Astor and others. No opinion. Motions granted. Time extended to January 1, 1907.

In re AUBURN & NORTHERN ELECTRIC R. CO. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) In the matter of the application of the Auburn & Northern Electric Railroad Company for the appointment of a commissioner to determine whether its railroad ought to be constructed and operated in certain streets in the city of Auburn, N. Y. No opinion. Motion granted, and the following commissioners appointed: W. R. Chamberlain, residing at the city of Syracuse, N. Y., Frank J. Hinds, residing at the city of Watertown, N. Y., and Dudley M. Warner, of Hopewell, N. Y.

AYERS, Respondent, v. GRAND LODGE A. O. U. W. OF STATE OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1905.) Action by Walter H. Ayers against the Grand Lodge of the Ancient Order of United Workmen of the State of New York.

PER CURIAM. Judgment affirmed, with costs, on the authority of Evans v. Southern Tier Masonic Relief Association, 182 N. Y. 453, 75 N. E. 317.

SMITH, J., dissents. HOUGHTON, J., not voting, not being a member of this court at the time this decision is handed down.

BABBITT, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Alice Babbitt against the Erie Railroad Company.

PER CURIAM. The justices qualified to hear and determine the appeal herein being equally divided and thereby unable to render a decision of this appeal, it is ordered that the